J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PERRIS LEE,

                Plaintiff,

      v.

COUNTY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO SHERIFF DOE 1, SAN BERNARDINO SHERIFF DEPUTY RATCLIFF,

           Defendants.

Case No. 5:23-CV-02446-SSS-DTBx

**JUDGMENT AFTER TRIAL BY JURY AND ORDER**

FPTC: March 20, 2026, 1:00 p.m.
Trial: April 6, 2026 9:00 a.m.

Honorable Sunshine S. Sykes
United States District Judge

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

A jury tried this action, with the Honorable Sunshine S. Sykes presiding, and the jury rendered its verdict on April 10, 2026 [Dkt. 121].

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

The judgment be, and hereby is, entered in favor of Defendant DEPUTY JERON RADCLIFFE ("Defendant"), and against Plaintiff PERRIS LEE ("Plaintiff");

That Plaintiff takes nothing; and

That Defendant may recover costs from Plaintiff in accordance with applicable law.

It is HEREBY ORDERED that this Judgment be entered.

DATED: April 15, 2026

_____
Honorable Sunshine S. Sykes
United States District Court Judge

1
JUDGMENT AFTER TRIAL BY JURY AND ORDER